

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

Gerald C. Mann
~~~~~~~~~~~~~~
~~~~~~~~~~~~~~
ATTORNEY GENERAL

Texas State Parks Board
Austin, Texas

Gentlemen:

Opinion No. O-2700
Re: Traveling expenses, Senate
Bill No. 427, Acts 46th
Legislature.

In your letter of August 30, 1940, you ask the opinion of this department upon the following question:

Should expenditures for the operation and up-keep of trucks used in the maintenance of a particular park under the jurisdiction of the Texas State Parks Board be charged to the maintenance appropriation of the particular park, or to the traveling expense appropriation of the Texas State Parks Board.

In Senate Bill No. 427, Acts of the 46th Legislature, in the appropriation made to the Texas State Parks Board, we find, under the heading "Maintenance and Miscellaneous", an item of Five Thousand ($5,000.00) Dollars per annum for "truck, auto, and traveling expenses."

In this appropriation, the Legislature likewise provided separate items for each of the various parks under the jurisdiction of the Texas State Parks Board. For each of said State parks, there is provided an item of appropriation in varying amounts for "maintenance, repairs, utilities, tools, equipment, supplies, and seasonal labor."

The answer to your question, therefore, turns upon the meaning of the word "traveling."

When an employee moves about exclusively within the confines of one of the State parks, it may be said that in a sense he is "traveling". We are convinced, however, that the Legislature, in providing an appropriation for "traveling expenses", did not intent to use the word "traveling" in such a broad sense.

In the ordinary sense of the term, "traveling" means passing from one place or locality to another. Howrigan v. Town of Bakersfield, 64 Atl. 1130, 79 V. 249, 255, 9 Annotated Cases 282; Webster's New International Dictionary, Second Edition.

"It is idle to talk of his 'traveling' in the City of New York and its vicinity. The parties contemplated traveling in the ordinary sense, not moving about from street

to street or house to house, in the city or its suburbs."
Koohmann v. Baumeister, 63 N. Y. S. 503, 505, 49 Appellate
Division 369, 371.

It is our opinion that the Legislature intended the
appropriation for "traveling expenses" to be available for
defreying those items of expense occasioned by the making of
trips from one locality to another.

You are therefore advised that expenses occasioned
by the operation of a truck within a particular State park
for the care and upkeep of that park should not be charged
to the traveling expense appropriation, but to the maintenance
appropriation provided by the Legislature for the particular
State parks in connection with which the expenditure is in-
curred.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ R. W. Fairchild
Assistant

RWF:RS:jrb

APPROVED SEPT. 13, 1940
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY BWB, Chairman